IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOTT LEE,

                Plaintiff,

       vs.

WALMAN OPTICAL COMPANY, a
Minnesota Corporation;

                Defendant.

**8:14CV272**

**ORDER**

The parties intend to move for summary judgment. At their request, the deadline for that motion was continued such that the court needs to move the trial and pretrial conference dates in order to fully consider any motions filed.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

Dated this 7th day of July, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge