IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT LEE, | ) | 8:14CV272 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WALMAN OPTICAL COMPANY, | ) | |
| a Minnesota Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.     Pursuant to the parties' joint stipulation (filing 55), and Federal Rule of Civil Procedure 41(a), all counterclaims alleged by Defendant, Walman Optical Company, against Plaintiff, Scott Lee, are dismissed with prejudice, each party to pay its own costs and fees.

2.     Plaintiff's motion for summary judgment on Defendant's counterclaims (filing 44) is denied without prejudice.

DATED this 27th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge